# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DUSTIN T PERRIN, <br> *Plaintiff* <br> v. <br> SPOKANE COUNTY JAIL, et al., <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 13-CV-0041-JPH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The Report and Recommendation is adopted and the case is dismissed without prejudice.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Thomas O. Rice on motion for Voluntary Dismissal.

Date: 08/01/2013

CLERK OF COURT

s/Linda Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk